No. 79–6697. ANDERSON v. MITCHELL ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–6698. FRAZIER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 79–6700. MONTGOMERY v. BORDENKIRCHER, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–6701. HOOK v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–6702. RAMOS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 79–6703. CROOKER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 79–6707. BOGGS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6708. JOSEPH v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 79–6709. ALLISON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6710. O'BRIEN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 79–6711. THIESS v. FRANKLIN SQUARE HOSPITAL, INC., ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 79–6712. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6713. JEFFERSON v. LOUISIANA. Sup. Ct. La. Certiorari denied.